# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-15562-MDC

CRAIG TIMMONS

73 NORWOOD HOUSE ROAD
DOWNINGTOWN, PA 19335

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CRAIG TIMMONS

  73 NORWOOD HOUSE ROAD
  DOWNINGTOWN, PA 19335

Counsel for debtor(s), by electronic notice only.

  MICHAEL WILLIAM GALLAGHER
  401 W JOHNSON ST
  SUITE 4
  NORRITON, PA 19401-

                                    /S/ William C. Miller

Date: 8/16/2016                                _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee