# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Craig Timmons <br>             Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 12-15562 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMORGAN CHASE BANK, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9395

                                                                      Respectfully submitted,

                                                                      **/s/Thomas Puleo, Esquire**
                                                                       Thomas Puleo, Esquire
                                                                       Brian C. Nicholas, Esquire
                                                                       KML Law Group, P.C.
                                                                       701 Market Street, Suite 5000
                                                                       Philadelphia, PA 19106-1532
                                                                       (215) 825-6306  FAX (215) 825-6406