## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CRAIG TIMMONS      :    CHAPTER 13
        :
                            :
    **DEBTOR**    **(S)**    :    BANKRUPTCY NO 12-155962 MDC

### P R A E C I P E TO WITHDRAW

Kindly withdraw the standing Trustee's NOTICE AND FINAL CURE MORTGAGE **PAYMENT** in the above Captioned Chapter 13 Bankruptcy case. Docket entry #61

                              Respectfully submitted,

DATE: July 11, 2017            s/William C. Miller, Esquire
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee
                                      P.O. Box 1229
                                      Philadelphia, PA  19107