United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-15562-mdc
Craig Timmons                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR           Page 1 of 2              Date Rcvd: Dec 20, 2017
                             Form ID: 138NEW        Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db           +Craig Timmons,    73 Norwood House Road,    Downingtown, PA 19335-2363
12854230     +Andrew F. Gornall, Esquire,    Joshua I. Goldman, Esquire,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12777192      BH Trans Company LLC,    P.O. Box 503780,    St. Louis, MO  63150-3780
12777193     +Brandywine Hospital,    Billings Department,    201 Raceville Road,    Coatesville, PA 19320-1542
12777216    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Sunoco,    P.O. Box 689155,    Des Moines, IA  50368)
12884784      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12777194     +Chase Home Finance LLC,    3415 Vision Drive,    Columbus, OH 43219-6009
12777195      Coatesville Cardioogy Clinic LLC,    P.O. Box 9584,    Belfast, ME  04915-9584
12777196     +Comcast,    P.O. Box 837,    Newton, CT 06470-0837
12777197      Crestwood Management LLC,    P.O. Box 22630,    Cleveland, OH  44122-0630
12777199      Eastern Account System oc Connecticut,    P.O. Box 837,    Newtown, CT  06470-0837
12777200     +Emergency Phy. Assoc. Of PA PC,    2620 Ridgewood Rd., Suite 300,    Akron, OH 44313-3500
12777201      Equifax Credit Information Services, Inc,    P.O. Box 740256,    Atlanta, GA  30374-0256
12777202      Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
              Allen, TX  75013-2002
12777203     +First Niagra Bank,    200 W. Lancaster Ave.,    Frazer, PA 19355-1802
12777205      Harley Davidson Credit Corp.,    Department 15129,    Palentine, IL  60055-5129
12803647     +Harley-Davidson Credit Corp.,    9441 LBJ Freeway Suite 350,    Dallas, Texas 75243-4652
12777206     +Innovis Data Solutions,    250 E. Town St.,    Columbus, OH 43215-4631
12866283     +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Mail Code: OH4-7142,
              Columbus, OH 43219-6009
12777207      Jefferson University Physicians,    P.O. Box 40089,    Philadelphia, PA  19106-0089
12777209     +Landis & Setzler P.C.,    310 North High St.,    West Chester, PA 19380-2614
12777210      Mountain State Adjustment,    123 W. State St. Suite 430,    Caspar, WY  82606-7502
12777211     +Norwood House Condominium Association,    310 North High St.,    West Chester, PA 19380-2614
12777212     +PECO Energy,    P.O. Box 37629,    Philadelphia, PA 19101-0629
12777214      Pottstown Clinic Company LLC,    1501 Mockingburd, Suite 425,    VIctoria, TX  77904-2157
13839308     +Thomas Puleo Esquire,    KML Law Group P.C.,    701 Market street ste 5000,
              Philadelphia Pa 19106-1541
12777218     +Transunion Corporation,    2 Baldwin Place,    P.O. Box 1000,    Chester, PA 19022-1370
12929966      VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
12777220      Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA  18002-5505
12777221      Westwood Fire Co. Ambulance,    Billing Office,    P.O. Box 726,    New Cumberland, PA  17070-0726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:06      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:42:57
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:58      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE         +E-mail/Text: bankruptcy@fult.com Dec 21 2017 01:45:14      Fulton Bank N A,    P O Box 432,
              East Petersburg, PA 17520-0432
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2017 01:51:29
              Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
12777191     +E-mail/Text: banko@berkscredit.com Dec 21 2017 01:42:42      Berks Credit And Collections, Inc.,
              P.O. Box 329,    Temple, PA 19560-0329
12783963      E-mail/Text: fnb.bk@fnfg.com Dec 21 2017 01:43:54      First Niagara Bank, N.A.,
              6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
12777204     +E-mail/Text: bankruptcy@fult.com Dec 21 2017 01:45:14      Fulton Bank,    P.O. Box 432,
              East Petersburg, PA 17520-0432
12831804     +E-mail/Text: bankruptcy@fult.com Dec 21 2017 01:45:14      Fulton Bank, N.A.,    One Penn Square,
              P.O. Box 4887,    Lancaster, PA 17604-4887
12777198      E-mail/Text: cio.bncmail@irs.gov Dec 21 2017 01:42:38      Department Of The Treasury,
              Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA  19114
12777208     +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 21 2017 01:42:34      Kohls,    Payment Center,
              P.O. Box 2983,    Milwaukee, WI 53201-2983
13028282      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2017 01:51:29      Midland Funding LLC,
              by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
              Houston, TX  77210-4457
12932718      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:52:01
              Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12777213      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:42:57
              Pennsylvania Department Of Revenue,    Department 280946,    Attn: Bankruptcy Division,
              Harrisburg, PA  17128-0946
12777215      E-mail/Text: bankruptcy@sw-credit.com Dec 21 2017 01:43:35      Southwest Credit,
              4120 International Parkway Suite 1100,    Carrollton, TX  75007-1958
12777217     +E-mail/Text: crwkflw@firstdata.com Dec 21 2017 01:44:39      Telecheck Services, Inc.,
              5251 Westheimer,    Houston, TX 77056-5416
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW           Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12777219         +E-mail/Text: ebn@vantagesourcing.com Dec 21 2017 01:43:57      Vantage Sourcing,   P.O. Box 6786,
                  Dothan, AL 36302-6786
                                                                                                TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12805161*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court:   IRS,    PO BOX 21126,    PHILA PA 19114)
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Craig  Timmons mwglaw@msn.com,   mwglaw1@verizon.net
              MICHAEL W. GALLAGHER    on behalf of    Fulton Bank N A mwglaw@msn.com,   mwglaw1@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Craig Timmons
        Debtor(s)                                       Bankruptcy No: 12−15562−mdc

                                                             Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                                  For The Court

                                                                  Timothy B. McGrath
                                                                  Clerk of Court

Dated: 12/20/17